No. 401. Buell V. Stevens *v.* Southern Pacific Land Company;

No. 402. Ralph E. Stevens, Administrator, etc. *v.* Southern Pacific Land Company; and

No. 403. Mary V. Beggs *v.* Southern Pacific Land Company. Error to the District Court of Appeal, Second Appellate District, Division Two, of the State of California. Motion to dismiss or affirm submitted May 29, 1922. Decided June 5, 1922. *Per Curiam.* Dismissed for the want of jurisdiction. § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Baltimore & Potomac R. R. Co.* v. *Hopkins,* 130 U. S. 210; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 6; *Schaff* v. *Famechon Co.,* 258 U. S. 76. *Mr. Daniel N. Clark* and *Mr. William L. Chitty* for plaintiffs in error. *Mr. Frank Thunen* and *Mr. C. F. R. Ogilby* for defendant in error.

---

PETITIONS FOR CERTIORARI GRANTED, FROM MAY 2, 1922, TO AND INCLUDING JUNE 5, 1922.

No. 857. William R. Warner & Company *v.* Eli Lilly & Company. May 15, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Francis Rawle, Mr. George W. Wickersham* and *Mr. Roger S. Baldwin* for petitioner. *Mr. E. W. Bradford* for respondent.

---

No. 942. Director General of Railroads *v.* Samuel Kastenbaum. May 15, 1922. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Lyman M. Bass* for petitioner. *Mr. Israel G. Hollender* for respondent.